# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 1408

VERSUS

CARTER ANDERSON                                       **FEBRUARY 14, 2022**

---

In Re:    Carter Anderson, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          503,016.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

                            PMc
                            JEW
                            MRT

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT